**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal No. JFM-10-0344 |
| | * | Civil No. JFM-16-2409 |
| | * | |
| MICHAEL BROWN | * | |

******

# MEMORANDUM

Michael Brown has filed this action under 28 U.S.C. §2255 on *Johnson* grounds. Brown's motion will be denied. *Johnson v. United States*, 135 S.Ct. 2551 (2015) invalidated the residual clause of the Armed Career Criminal Act definition for "violent felonies." Brown was deemed to be an armed career criminal not because of prior felony offenses but because he had at least three prior serious drug offenses.

A separate order denying Brown's motion is being entered herewith.

Date:  August 29, 2016          __/s/_____
                                J. Frederick Motz
                                United States District Judge

1